**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT ROJAS,<br><br>Plaintiff,<br><br>-against-<br><br>340B TECHNOLOGIES INC. d/b/a NUVEM HEALTH LLC,<br><br>Defendant. | 26-CV-2901 (DEH) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The time to answer or otherwise respond to Plaintiff's motion for default judgment (ECF 12) or to make a motion to vacate the default judgment is **EXTENDED** nunc pro tunc to **August 22, 2026.**

Dated: August 3, 2026
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge