**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ALBERT ROJAS,

Plaintiff,

-against-

340B TECHNOLOGIES INC.
d/b/a NUVEM HEALTH LLC,

Defendant.

------------------------------------------------------------x

26-CV-2901 (DEH) (OTW)

**SCHEDULING ORDER**

On August 24, 2026, the Court received Defendant's motion to vacate the default at ECF 30 as well as their memorandum of law in opposition to the motion for default judgment. (ECF 27).

The briefing schedule for Defendant's motion to vacate the default shall be as follows:

- Plaintiff's opposition is due by **September 17, 2026**;
- Defendant's reply is due on or before **October 1, 2026**.

Plaintiff is directed to reply to Defendant's opposition to his motion for default judgment by **September 17, 2026** by making **one filing** on the docket. **Any filings in excess of this direction will be stricken and will result in further monetary sanctions of $5 per filing.**

**SO ORDERED.**

*/s/ Ona T. Wang*

**Ona T. Wang**

United States Magistrate Judge

Dated: August 31, 2026
New York, New York